**IN THE UNITES STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

STANLEY SULLINGER                                                                                      PLAINTIFF

V.                                              NO. 3:05CV00008 JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                               DEFENDANT

**ORDER**

Pending before the Court is Plaintiff's Motion for an Award of Attorney's Fees and Other Expenses Under the Provisions of the Equal Access to Justice Act ("EAJA") (docket entry #14), along with a Memorandum in Support (docket entry #15). Defendant has filed a Response (docket entry #16). For the reasons set forth herein, the Motion will be granted.

On January 21, 2005, Plaintiff filed this action challenging the decision of an Administrative Law Judge ("ALJ") that denied him social security benefits (docket entry #2). On March 27, 2006, the Court entered a Memorandum and Order and a Judgment (docket entries #12 and #13) that remanded the case to the ALJ pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

On April 7, 2006, Plaintiff's attorney, Mr. David Jerome Throesch, filed a Motion for an Award of Attorney's Fees and Other Expenses seeking payment under the EAJA for 20 hours of work performed by him at a rate of $125.00 an hour and $118.49 in expenses. Defendant does not object to the Motion.

Under these circumstances, the Court concludes that Plaintiff is entitled to an award of fees and expenses under the EAJA, and that the amount requested by Plaintiff's attorney is reasonable. Accordingly, Plaintiff's attorney shall receive a total award of $2,618.49, which includes 20 hours of attorney time at the rate of $125.00 per hour ($2,500.00) and $118.49 in expenses.

IT IS THEREFORE ORDERED that Plaintiff's Motion for an Award of Attorney's Fees and Other Expenses Under the EAJA (docket entry #14) is hereby GRANTED.

IT IS FURTHER ORDERED that the Commissioner shall certify and pay to Mr. David Jerome Throesch, attorney for Plaintiff, $2,618.49, which has been awarded as fees and expenses pursuant to the EAJA.

DATED this 31st day of May, 2006.

_____
UNITED STATES MAGISTRATE JUDGE